

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL OF PRISON LOCALS**

**LOCAL 3951 FCI Loretto**

Date: December 10, 2020

To: Northeast Regional Director, Members of Congress

From: Frank Bailey, President of Local 3951 FCI Loretto

Subject: Covid 19 at FCI Loretto

As you are well aware or may have heard in the news, FCI Loretto now leads the nation in positive Covid cases inside its facility. As of this afternoon we had 634 positive inmate cases and 39 staff out with either positive results or presenting symptoms awaiting a test. Local 3951 has several concerns we would like to address in this letter.

First and foremost is the lack of testing for staff. The agency has not offered or made any options available to the staff for testing. Getting tested in the local community is nearly impossible for several reasons. The first one is that a lot of medical providers just assume we are positive because of the job we do and with the significant exposure we have at our facility. Secondly, the community is also having a massive out break and therefore the facilities in the area are to overwhelmed to provide testing in a timely manner for staff. The Director suggested in his testimony in front of the House Judiciary Committee on December 2, 2020 that the Bureau of Prisons has and will continue to provide testing to all of its staff. He went as far as to say that he can not make staff members get tested and that if he could, he would. We have never been offered testing at FCI Loretto for the staff and this would be invaluable in getting staff back to work at a quicker pace if we can get testing done as soon as possible. We have asked on several occasions for testing to be provided by the agency and each time our request has been denied.

Secondly, I would like to address what events occurred that got FCI Loretto to the point that it is at today. The Bureau originally took Covid very seriously and locked down the facility. This included stopping inmate movement, not allowing outside vendors/contractors inside the institution, and not allowing visitors for inmates. These policies were helpful in controlling the spread of the virus and keeping both staff and inmates safe. In June the agency decided to start allowing inmate movement again. This movement came from other institutions originally, in which both facilities were quarantining the inmates prior to their movement. Then the agency began moving United States Marshall Services inmates which were not being held to this same standard. Many USMS inmates were being transferred and testing positive upon arrival at many institutions. Shortly thereafter in October the agency decided to begin allowing social visiting again. In September our local filed a grievance over opening social visits due to Health and Safety concerns surrounding outside visitors coming into the facility. The agency responded stating that they were taking precautions to keep staff safe while allowing inmates contact with their families. The problem with that statement is they recommended putting up plexiglass barriers or building walls with no funding for those projects. At the same time they made those recommendations, they also took all the money we had left in our budget back to Central Office to disperse to other institutions. Our local also reached out to Members of Congress at that time and expressed our concern over allowing social visiting without giving any funding to actually make it safe. We offered video visiting as a possible solution which the Bureau has a pilot program for and could have done easily. Our requests were again ignored or denied. Local 3951 firmly believes that these decisions, along with not quarantining inmates returning from medical trips to local hospitals, are the reason why the virus has gotten so out of control at our institution.

Now we are in a situation where staff are working 16 hours a day, multiple days a week. We are also relying on augmentation (a practice of using non-custody staff to fill Correctional officer posts) in order to have enough staff to cover all the posts inside the facility. None of these things make the institution, the staff, or the inmate population any safer. Staff are getting sick and not being able to get tested. We now have a staff member who has taken this deadly disease home to his pregnant wife and infected her

because they couldn't get a test done for several days. The staff at Loretto have done and continue to do their job while going above and beyond to carry out the agency mission during this difficult time.

Recently some Congressman have reached out to the Executive staff at Loretto and asked them if there is anything they can do to help. Local 3951 has some suggestions that would actually help this situation and potentially help any further outbreaks that other institutions may have. The first is to provide extra funding for Covid related expenses. There are things like buying Styrofoam containers to serve food in, overtime costs due to staff getting sick, and buying extra cleaning supplies in order to try and stop the spread of the virus. Secondly, Congress could pass a budget. The employees at FCI Loretto come to work everyday knowing the risk and put their lives in jeopardy on a daily basis which is now magnified because of the pandemic. I could think of nothing more demoralizing than reporting for work over Christmas knowing I won't be getting a paycheck, and then being forced to stay for 16 hours or more because another staff member got sick from a deadly virus running rampant inside the institution. Third, provide the funding and force the Bureau of Prisons to properly staff every institution across the country at 100%. FCI Loretto is not even staffed at the guidelines laid out by the agency in 2016 which was still a cut from previous years staffing levels. While we don't believe those levels are enough, we would accept them as they would be much better than what we are currently at. These are the things that would be a good start in aiding our staff, our families, and our institution.



DEFENDANT'S EXHIBIT A